IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH KELLY DINGLER,            )<br>     # 00149118,                               )<br>          Petitioner,                         )<br>vs.                                                 )   No. 3:22-CV-1252-D (BH)<br>                                                    )<br>ROCKWALL COUNTY COURT #2, et al.,   )<br>          Respondents.                    )   Referred to U.S. Magistrate Judge[1] | |

### ORDER

On July 18, 2022, it was recommended that this habeas action be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with a court order because the petitioner had failed to file an amended petition and pay the filing fee within thirty days as ordered. (*See* doc. 5.) The petitioner contends that he did not receive the *Notice of Deficiency and Order* dated June 10, 2022 (doc. 3.) (*See* doc. 9.) In order to provide him another opportunity to comply with the order, the findings, conclusions, and recommendation for dismissal are hereby **VACATED**. A second *Notice of Deficiency and Order* will be issued contemporaneously with this order.

**SO ORDERED this 22nd day of July, 2022.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this habeas case has been automatically referred for findings and recommendation.